Jennifer N. Lutz, Esq., Bar No. 190460
Jenna H. Leyton-Jones, Esq., Bar No. 254357
**PETTIT KOHN INGRASSIA & LUTZ PC**
11622 El Camino Real, Suite 300
San Diego, CA 92130
(858) 755-8500 / FAX (858) 755-8504
Email: jlutz@pettitkohn.com
       jleyton@pettitkohn.com

Attorneys for Defendants **MARIA OCAMPO (erroneously sued as MARY OCAMPO), dba MAUI HARVESTING; and TERESA CASTILLO OCAMPO (erroneously sued as TERESA CASTILLO)**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO G. VILLALOBOS, ADALBERTO GOMEZ, and CONSUELO LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CALANDRI SONRISE FARMS LP.; CALANDRI SONRISE FARMS LLC.; JUAN MUNOZ, DBA JUAN MUNOZ FARM LABOR CONTRACTOR; MARIA CASTILLO; MARY TERESA AGRITINA CASTILLO OCAMPO, DBA MAUI HARVESTING; TERESA OCAMPO; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: CV 12-02615 GAF(JEMX)<br><br>**[PROPOSED] ORDER ON STIPULATION FOR PROTECTIVE ORDER**<br><br>District Judge: Gary A. Feess<br>Courtroom: 740<br>Magistrate Judge: John E. McDermott<br>Courtroom: C<br>Complaint Filed: March 28, 2012<br>Trial Date: June 10, 2014 |

Good cause appearing therefor, the court hereby adopts the Stipulation for Protective Order as an order of this court.

**IT IS SO ORDERED.**

Dated: October 16, 2013_____     */s/John E. McDermott*_____
                                    Hon. John E. McDermott

1323-2001

1
[PROPOSED] ORDER ON STIPULATION FOR PROTECTIVE ORDER
Case No. CV 12-02615 GAF(JEMX)