LINK:70

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-2615 GAF (JEMx) | Date | February 5, 2014 |
|---|---|---|---|
| Title | Ignacio G Villalobos et al v. Calandri Sonrise Farms LP et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:** (In Chambers)

**ORDER RE: MOTION TO COMPEL**

    On or about November 15, 2013, the Court certified this case as an FLSA collective action. In connection with that order, the Court order Defendants to produce the names and last known addresses of certain farm workers employed by Defendants over a specified period of time. Compliance with that order is now in dispute.

    The current hearing date of February 10, 2014 is **VACATED**. The Court is hereby referring to the assigned magistrate judge the dispute over compliance with the Court's order to compel. When that issue is resolved, the Court will address the other issues raised in the motion including Plaintiffs' motion to continue the trial and related dates.

    **IT IS SO ORDERED.**

cc: Mag. Judge John E. McDermott