BLAZ GUTIERREZ, SBN 287202
California Rural Legal Assistance, Inc.
1460 Sixth Street/PO Box 35
Coachella, CA 92236
Telephone: (760) 398-7261
Facsimile: (760) 398-1050
Email: bgutierrez@crla.org

MICHAEL MEUTER, SBN 161554
California Rural Legal Assistance, Inc.
3 Williams Road
Salinas, CA 93905
Telephone: (831) 757-5221
Facsimile: (831) 757-6212
Email: mmeuter@crla.org

Attorneys for Plaintiffs
Additional Counsel on Second Page

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO G. VILLALOBOS, ADALBERTO GOMEZ, and CONSUELO LOPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CALANDRI SONRISE FARMS LP; CALANDRI SONRISE FARMS LLC; JUAN MUÑOZ, DBA JUAN MUÑOZ FARM LABOR CONTRACTOR; MARIA CASTILLO; MARIA TERESA AGRITINA CASTILLO OCAMPO, DBA MAUI HARVESTING; TERESA OCAMPO; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: CV-12-02615 GAF (JEMX)<br><br>**NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANTS' EXPERT DISCLOSURES DATED JANUARY 17, 2014 AND PRECLUDE EXPERT TESTIMONY OF STEFAN BOEDEKER AND KEVIN TAYLOR**<br><br>Date: March 18, 2014<br>Time: 10:00 am<br>Courtroom: C-8th Floor<br>Honorable John E. McDermott |

ILENE J. JACOBS, SBN 126812
California Rural Legal Assistance, Inc.
511 D Street, PO Box 2600
Marysville, CA 95901
Telephone: (530) 742-7235
Facsimile: (537) 741-0854
Email: ijacobs@crla.org

SANTOS V. GOMEZ, SBN 172741
Law Offices of Santos Gomez
2901 Park Ave, # B16
Soquel, CA 95073
Telephone: (831) 471-8780
Facsimile: (831) 471-8774
Email: santos@lawofficesofsantosgomez.com

WEEUN WANG (*Pro Hac Vice*)
NICHOLAS C. MARRITZ, SBN 283540
Farmworker Justice
1126 Sixteenth Street NW, Suite 270
Washington, DC 20036
Telephone: (202) 293-5420
Facsimile: (202) 293-5427
Email: wwang@farmworkerjustice.org
         nmarritz@farmworkerjustice.org

Attorneys for Plaintiffs

NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANTS' EXPERT DISCLOSURES

TO DEFENDANTS CALANDRI SONRISE FARMS LP, CALANDRI SONRISE FARMS LLC, MARIA TERESA AGRIPINA CASTILLO OCAMPO dba MAUI HARVESTING, and TERESA CASTILLO OCAMPO and their attorneys of record:

PLEASE TAKE NOTICE that on March 18, 2014 at 10:00 a.m. or as soon thereafter as the matter may be heard in the above-entitled court located at Court Room C, 8th Floor, 312 North Spring Street, Los Angeles, California, Plaintiffs will and hereby do move this Court for an order striking Defendants' Expert Disclosures dated January 17, 2014 and precluding the testimony at trial of Stefan Boedeker and Kevin Taylor. Plaintiffs also move for an order that Defendants pay Plaintiffs the sum of $2,450.00 as the reasonable costs and attorney fees incurred by Plaintiffs in connection with this proceeding.

This motion is made on the grounds that Defendants Calandri Sonrise Farms LP, Calandri Sonrise Farms LLC, Maria Teresa Agripina Castillo Ocampo dba Maui Harvesting, and Teresa Castillo Ocampo (collectively "Defendants") failed to comply with the expert disclosure requirements of Rule 26.

This motion will be based on this Notice of Motion and Motion, the concurrently filed Joint Stipulation, the Declaration of Michael Meuter, the Supplemental Memorandum of Law to be filed pursuant to Local Rule 37-2.3, and the pleadings and papers on file in this action.

CALIFORNIA RURAL LEGAL ASSISTANCE, INC.

Dated: 2/21/2014          By: s/Michael Meuter
                              Michael Meuter
                              Attorneys for Plaintiffs