1  BLAZ GUTIERREZ, SBN 287202
   California Rural Legal Assistance, Inc.
2  1460 Sixth Street/PO Box 35
3  Coachella, CA 92236
   Telephone: (760) 398-7261
4  Facsimile: (760) 398-1050
   Email: bgutierrez@crla.org
5

6  MICHAEL MEUTER, SBN 161554
   California Rural Legal Assistance, Inc.
7  3 Williams Road
   Salinas, CA 93905
8  Telephone: (831) 757-5221
9  Facsimile: (831) 757-6212
   Email: mmeuter@crla.org
10

11 Attorneys for Plaintiffs
   Additional Counsel on Second Page
12

13

14                      UNITED STATES DISTRICT COURT

15                     CENTRAL DISTRICT OF CALIFORNIA

16
   IGNACIO G. VILLALOBOS, ADALBERTO
17 GOMEZ, and CONSUELO LOPEZ
                                                 Case No.: CV-12-02615 GAF (JEMX)
18
              Plaintiffs,
19
                                                 SUPPLEMENTAL MEMORANDUM OF LAW
20      v.                                       IN SUPPORT OF PLAINTIFFS' MOTION TO
                                                 STRIKE DEFENDANTS' EXPERT
21 CALANDRI SONRISE FARMS LP;                    DISCLOSURES
22 CALANDRI SONRISE FARMS LLC; JUAN
   MUÑOZ, DBA JUAN MUÑOZ FARM
23 LABOR CONTRACTOR; MARIA                       Date: March 18, 2014
                                                 Time: 10 am
24 CASTILLO; MARIA TERESA AGRITINA                Courtroom: C-8th Floor
   CASTILLO OCAMPO, DBA MAUI                     Honorable Judge John E. McDermott
25 HARVESTING; TERESA OCAMPO; and
26 DOES 1-10, inclusive,
                                                 Discovery Cut-off: March 28, 2014
27                                               Pre-trial: May 12, 2014
              Defendants.                        Trial: June 10, 2014
28

---

SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE DS' EXPERT DISCLOSURES

ILENE J. JACOBS, SBN 126812
California Rural Legal Assistance, Inc.
511 D Street, PO Box 2600
Marysville, CA 95901
Telephone: (530) 742-7235
Facsimile: (537) 741-0854
Email: ijacobs@crla.org

SANTOS V. GOMEZ, SBN 172741
Law Offices of Santos Gomez
2901 Park Ave, # B16
Soquel, CA 95073
Telephone: (831) 471-8780
Facsimile: (831) 471-8774
Email: santos@lawofficesofsantosgomez.com

WEEUN WANG (*Pro Hac Vice*)
NICHOLAS C. MARRITZ, SBN 283540
Farmworker Justice
1126 Sixteenth Street NW, Suite 270
Washington, DC 20036
Telephone: (202) 293-5420
Facsimile: (202) 293-5427
Email: wwang@farmworkerjustice.org
          nmarritz@farmworkerjustice.org

Attorneys for Plaintiffs

Defendants Calandri Sonrise Farms LP, Calandri Sonrise Farms LLC, Maria Teresa Agripina Castillo Ocampo, and Teresa Castillo Ocampo propose a continuation of the expert dates as a solution to their facially inadequate expert disclosures. Otherwise, Defendants make no argument as to why their expert disclosures comply with Fed. R. Civ. P. 26. Given that there is no dispute that Defendants did not comply with Rule 26, their expert disclosures should be stricken, Stefan Boedeker and Kevin Taylor should be precluded from testifying at trial, and Plaintiffs' motion should be granted in full for the reasons set forth in the Joint Stipulation.

        Respectfully submitted,

        CALIFORNIA RURAL LEGAL ASSISTANCE, INC.

Dated: 3/3/2014        By: s/Michael Meuter
                                   Michael Meuter
                                   Attorneys for Plaintiffs