UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-2615-GAF (JEMx) | Date | March 7, 2014 |
|---|---|---|---|
| Title | Ignacio G. Villalobos, et al. v. Calandri Sonrise Farms LP, et al. | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:** **(IN CHAMBERS) ORDER RE PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' EXPERT DISCLOSURES DATED JANUARY 17, 2014 AND PRECLUDE EXPERT TESTIMONY OF STEFAN BOEDEKER AND KEVIN TAYLOR (Docket Nos. 78 and 79)**

Plaintiffs seek to strike Defendants' expert disclosures and preclude their experts from testifying. Specifically, Plaintiffs allege Defendants named two experts, Stefan Boedeker and Kevin Taylor, but did not provide expert reports or specify what opinions they would offer, as required by Fed. R. Civ. P. Rule 26. Defendants do not dispute Plaintiffs' contentions but appear to say that such disclosures are premature until membership in the class has been determined. They also say they offered Plaintiffs a stipulation to continue all expert discovery deadlines to facilitate designation of experts and sufficient time for them to prepare reports. In their reply, Plaintiffs acknowledge Defendants' request for a continuation of expert dates, but do not respond to that invitation, and simply request that Defendants' designated experts be stricken.

Defendants do not explain why expert reports must await identification of class members, or why they did not seek relief from the expert dates from the District Judge. Plaintiffs do not explain why Defendants' continuation of expert dates is objectionable. Any continuation of expert dates is an issue for the District Judge, not this Court.

The Court ORDERS the parties to meet and confer on the issue of a continuation of expert dates and to seek relief from the District Judge by Friday, **March 14, 2014**, either by stipulation or by motion.

cc: Parties

| | : |
|---|---|
| Initials of Deputy Clerk | sa |