1  Eulalio J. Garcia (SBN: 141642)
   E-mail: ejgarcia@gordonrees.com
2  Lisa A. Hill (SBN: 223995)
   Email: lhill@gordonrees.com
3  GORDON & REES LLP
   633 West Fifth Street, 52nd Floor
4  Los Angeles, California 90071
   Telephone:  (213) 576-5000
5  Facsimile:   (213) 680-4470

6  Attorneys for Defendants, Calandri Sonrise Farms LP;
   Calandri Sonrise Farms LLC
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO G. VILLALOBOS and ADALBERTO GOMEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CALANDRI SONRISE FARMS LP.; CALANDRI SONRISE FARMS LLC.; JUAN MUÑOZ, DBA JUAN MUÑOZ FARM LABOR CONTRACTOR; MARIA CASTILLO; MARY OCAMPO, DBA MAUI HARVESTING; TERESA CASTILLO; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-02615-GAF-JEM<br><br>**ORDER CONTINUING TRIAL DATE AND FINAL PRETRIAL CONFERENCE DATE**<br><br>District Judge: Gary A. Feess<br>Courtroom: 740<br>Magistrate Judge: John E. McDermott<br>Complaint Filed: March 28, 2012<br>Trial Date: June 10, 2014 |

The Court, having reviewed the parties joint motion to continue the Trial and Final Pretrial Conference dates, finds that GOOD CAUSE EXISTS to issue the following orders:

IT IS HEREBY ORDERED that trial in the matter be continued to November **4,** 2014, at 8:30 a.m.

IT IS HEREBY ORDERED that the Final Pretrial Conference be continued to October **6**, 2014, at 3:30 p.m.

/ / /

/ / /

/ / /

- 1 -
ORDER TO CONTINUE TRIAL
AND FINAL PRETRIAL CONFERENCE DATES
Case No.: 2:12-cv-02615-GAF-JEM

1    **IT IS HEREBY ORDERED** that the deadline to submit all pre-trial and
2    trial documents shall be continued to such dates as based on the new Trial and Pre-
3    Trial Conference hearing dates. The following dates shall apply:
4        Last date to amend pleadings or add parties:  July 15, 2014
5        Discovery Cut-Off:  August 28, 2014
6        Last date to conduct settlement conference:  September 11, 2014
7        Last day for hearing motions:  September 15, 2014
8        Lodge Pretrial Conf. Order, etc:  September 25, 2014
9        File findings of fact, Motions in Limine:  October 31, 2014

12   DATED:  March 14, 2014          By:  _____
                                          Hon. Gary A. Feess
                                          **United States District Judge**

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071

1082917/18764975v.1

- 2 -
ORDER TO CONTINUE TRIAL
AND FINAL PRETRIAL CONFERENCE DATES
Case No.: 2:12-cv-02615-GAF-JEM