```
 1  BLAZ GUTIERREZ, SBN 287202
    California Rural Legal Assistance, Inc.
 2  1460 Sixth Street/PO Box 35
 3  Coachella, CA 92236
    (760) 398-7261
 4  (760) 398-1050 fax
    Email: bgutierrez@crla.org
 5

 6  MICHAEL MEUTER, SBN 161554
    California Rural Legal Assistance, Inc.
 7  3 Williams Road
 8  Salinas, CA 93905
    (831) 757-5221
 9  (831) 757-6212 fax
    Email: mmeuter@crla.org
10

11  Attorneys for Plaintiffs
    Additional Counsel on Second Page
12
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO G. VILLALOBOS, ADALBERTO GOMEZ, CONSUELO LOPEZ, ANTONIO RUBIO, EPIFANIO OLIVAS LOPEZ, MARCOS GARCIA, ROSENDO LOPEZ REYES, RUBEN SANDOVAL ALVAREZ, JORGE QUIROZ, JOSE RIGOBERTO HIGUERA, JOSE ARTURO MORENO GODINEZ, MANUEL SANCHEZ LOPEZ, and ROMULO SOTO CENICERO,<br><br>Plaintiffs,<br><br>v.<br><br>CALANDRI SONRISE FARMS LP; CALANDRI SONRISE FARMS LLC; JUAN MUÑOZ, DBA JUAN MUÑOZ FARM LABOR CONTRACTOR; MARIA | Case No.: CV-12-02615 GAF (JEMX)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO ORDER CALANDRI DEFENDANTS TO SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CONTEMPT, AND FOR OTHER RELIEF**<br><br>Date: June 17, 2014<br>Time: 10:00 a.m.<br>Courtroom: C-8th Floor<br>Honorable John E. McDermott<br><br>Discovery Cut off: August 28, 2014<br>Pre-trial conference: September 25, 2014<br>Trial: November 4, 2014 |

| | |
|---|---|
| 1 | CASTILLO; MARIA TERESA AGRITINA CASTILLO OCAMPO, DBA MAUI HARVESTING; TERESA CASTILLO OCAMPO; and DOES 1-10, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

ILENE J. JACOBS, SBN 126812
California Rural Legal Assistance, Inc.
511 D Street, PO Box 2600
Marysville, CA 95901
Telephone: (530) 742-7235
Facsimile: (537) 741-0854
Email: ijacobs@crla.org


SANTOS V. GOMEZ, SBN 172741
Law Offices of Santos Gomez
2901 Park Ave, # B16
Soquel, CA 95073
Telephone: (831) 471-8780
Facsimile: (831) 471-8774
Email: santos@lawofficesofsantosgomez.com


WEEUN WANG (*Pro Hac Vice*)
NICHOLAS C. MARRITZ, SBN 283540
Farmworker Justice
1126 Sixteenth Street NW, Suite 270
Washington, DC 20036
Telephone: (202) 293-5420
Facsimile: (202) 293-5427
Email: wwang@farmworkerjustice.org
          nmarritz@farmworkerjustice.org

Attorneys for Plaintiffs

---

PS' MOTION TO ORDER CALANDRI DS' TO SHOW WHY THEY SHOULD NOT BE HELD IN CONTEMPT

TO DEFENDANTS CALANDRI SONRISE FARMS LP and CALANDRI SONRISE FARMS LLC (collectively "Calandri"), and their attorneys of record:

PLEASE TAKE NOTICE that on June 17, 2014 at 10:00 a.m. or as soon thereafter as the matter may be heard in the above-entitled court located at Court Room C, 8th Floor, 312 North Spring Street, Los Angeles, California, Plaintiffs will and hereby do move this Court to

1. Order Calandri to show cause why it should not be held in contempt of this Court's orders of February 28 and March 11, 2014, requiring it to provide verifications of its discovery responses;

2. Impose monetary sanctions on Calandri in the amount of $500 per day, beginning on March 27, 2014 and ending on the date that Calandri verifies its discovery responses;

Plaintiffs also move for an order that Calandri and its attorneys advising such conduct pay to the moving party the sum of $5,162.50 as the reasonable costs and attorney fees incurred by the moving party in connection with this proceeding.

This motion is made on the grounds that Defendants Calandri Sonrise Farms, LP and Calandri SonRise Farms, LLC have failed to verify the accuracy of their interrogatory responses under oath, as required by Federal Rule of Civil Procedure 33 and two orders of this Court. Calandri has likewise failed to verify the completeness of its document production under oath, as ordered by this Court.

1

1   This motion will be based on this Notice of Motion and Motion, the concurrently
2   filed Declarations of Michael Meuter and Nicholas Marritz, Plaintiffs' Memorandum of
3
4   Law in support of this motion, and the pleadings and papers on file in this action.
5
6   May 13, 2014                    CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
7
8
                                    By: s/Michael Meuter
9                                   Michael Meuter
10                                  Attorneys for Plaintiffs

2

# CERTIFICATE OF SERVICE

I, hereby certify that a copy of the following document

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO ORDER CALANDRI DS' TO SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CONTEMPT, AND FOR OTHER RELIEF**

Was on this date served upon counsel of record via:

[X] **ELECTRONIC FILING.** I hereby certify that on **May 14, 2014**, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Jennifer N. Lutz, Esq.<br>Jenna H. Leyton-Jones<br>Ryan H. Nell, Esq.<br>Pettit Kohn Ingrassia & Lutz PC<br>11622 El Camino Real, Suite 300<br>San Diego, CA 92130<br>(858) 755-8500<br>(858)755-8504 fax<br>jlutz@pettitkohn.com<br>jleyton@pettitkohn.com<br>rnell@pettitkon.com | Attorneys for Defendants, Mary Ocampo dba Maui Harvesting, Teresa Castillo, Juan Munoz, dba Juan Munoz Farm Labor Contractor and Maria Castillo |
| Eulalio J. Garcia, Esq<br>Lisa A. Hill, Esq.<br>Gordon & Rees LLP<br>633 West Fifth Street, 52nd Floor<br>Los Angeles, CA 90071<br>(213)576-5000<br>(213)680-4470<br>ejgarcia@gordonrees.com<br>lhill@gordonrees.com | Attorneys for Defendants Calandri Sonrise Farms LP and Calandri Sonrise Farms LLC |

///

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on May 14, 2014 at Coachella, California.

_____
Carmen L. Rodriguez